# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHARON BURCH and MARY MARTINEZ,

        Plaintiffs,

-vs-                                Case No. 6:09-cv-380-Orl-31DAB

DIGESTIVE AND LIVER CENTER OF FLORIDA, P.A., HARINATH SHEELA and SRINIVAS SEELA,

        Defendants.
_____

## ORDER

This cause comes before the Court on Joint Motion to Approve Settlement as Stipulated Final Judgment (Doc. No. 10) filed March 19, 2009.

On March 20, 2009, the United States Magistrate Judge issued a report (Doc. No. 11) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion to Approve Settlement as Stipulated Final Judgment is **GRANTED** in part. The settlement is accepted as a "fair and reasonable resolution of a bona fide dispute" as it relates to the recovery of Plaintiffs' compensation and liquidated damages. The court finds that Plaintiff Sharon Burch is entitled to $1,150.00 for unpaid overtime, less required

deductions, and $1,150.00 liquidated damages.  Plaintiff Mary Martinez is entitled to $3,783.25 in unpaid overtime, less required deductions, and $3,783.25 in liquidated damages.

3. The Court makes no finding as to the amount of reasonable attorney's fees and costs in this case.  The case is dismissed with prejudice and the clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 8th day of April, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE